1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE J. LAWSON,                      1:16-cv-01706 BAM (PC)

12              Plaintiff,                   ORDER GRANTING APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS
13         v.                                (ECF No. 9)
                                                        and
14    ALVARADO, et al.,                      ORDER DIRECTING PAYMENT
                                             **OF INMATE FILING FEE BY USP-**
15              Defendants.                  **LEWISBURG**

16

17         Ronnie J. Lawson ("Plaintiff") is a federal prisoner proceeding pro se under *Bivens v. Six*

18   *Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and has requested

19   leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has made the showing

20   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

21   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C.

22   § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of

23   the preceding month's income credited to Plaintiff's trust account. USP-Lewisburg is required to

24   send to the Clerk of the Court payments from Plaintiff's account each time the amount in the

25   account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

26         Good cause appearing, the Court HEREBY ORDERS that:

27         1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

28         2.  **The Warden of USP-Lewisburg or his designee shall collect payments from**

                                             1

**Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the **Warden of USP-Lewisburg, at 2400 Robert F. Miller Drive, Lewisburg, PA  17837.**

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

5.  Within thirty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **December 14, 2016**          ___/s/ *Barbara A. McAuliffe* ___
                                        UNITED STATES MAGISTRATE JUDGE

2