# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LAWSON, | Case No. 1:16-cv-01706-BAM (PC) |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE |
| v. | (ECF No. 1) |
| ALVARADO, et al., | |
| Defendants. | |

Plaintiff Ronnie Lawson ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Fed. Narcotics Agents</u>, 403 U.S. 388 (1971). Plaintiff initiated this action on October 11, 2016. (ECF No. 1.) He has consented to the jurisdiction of a United States Magistrate Judge for all proceedings in this matter. (ECF No. 3.)

On April 17, 2017, the Court issued an order to show cause why this action should not be dismissed as duplicative of <u>Lawson v. Dept. of Justice, et al.</u>, No. 1:14-cv-00576-EPG. (ECF No. 11.) Plaintiff timely filed a response on May 2, 2017. (ECF No. 12.) As Plaintiff's response acknowledges that the duplicative claim should be disregarded, this complaint shall be dismissed as duplicative.

///
///
///
///

1

Accordingly, for the reasons stated, this action is DISMISSED as duplicative.  To the extent Plaintiff seeks a continuation in this case, the request is DENIED as moot.

IT IS SO ORDERED.

Dated: **May 3, 2017**    /s/ Barbara A. McAuliffe     _
UNITED STATES MAGISTRATE JUDGE