# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE J. LAWSON, | Case No. 1:16-cv-01706-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR RELIEF FROM FILING FEE |
| v. | (ECF No. 15) |
| ALVARADO, et al., | |
| Defendants. | |

Plaintiff Ronnie J. Lawson ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil rights action pursuant to Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971) on October 11, 2016. (ECF No. 1.) On May 4, 2017, the Court dismissed this action as duplicative of case number 1:14-cv-00576-EPG. (ECF No. 13.) Judgment was entered accordingly that same day. (ECF No. 14.)

Currently before Court is a letter from Plaintiff filed on August 21, 2017, construed as a motion for relief from filing fees. (ECF No. 15.) Plaintiff seeks information regarding why he should continue to pay a filing fee to the Court following the dismissal of his case. (Id.)

Earlier in this case, the Court granted Plaintiff's motion to proceed in forma pauperis. (ECF No. 10.) It was explained to Plaintiff that he was obligated to pay the statutory filing fee of $350.00 for this action, in monthly payments of twenty percent of the preceding month's income credited to his trust account. (Id. at 2.) The Warden of USP-Lewisburg or his designee was

1

| | |
|---|---|
| 1 | ordered to send to the Clerk of the court payments from Plaintiff's account each time the amount |
| 2 | in the account exceeds $10.00, until the statutory filing fee is paid in full. (Id. (citing 28 U.S. § |
| 3 | 1915(b)(2))). The entire $350.00 filing fee is statutorily required, and must be collected from |
| 4 | Plaintiff's institutional account regardless of the outcome of this action. See, e.g., Myers v. |
| 5 | Pulido, No. 1:16-cv-00638-SAB-PC, 2016 WL 6723937, at *1 (E.D. Cal. Nov. 14, 2016). As a |
| 6 | result, Plaintiff's motion to be relieved of the obligation to pay this fee is denied. |
| 7 |     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for relief from filing fee |
| 8 | (ECF No. 15) is DENIED. |

IT IS SO ORDERED.

Dated: **August 28, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE